[No. 6,817.]

# IN THE MATTER OF THE FIFTEENTH AVENUE EXTENSION.

DISMISSAL OF APPEAL—RULES OF COURT.

Department No. 1, by the COURT:

The transcript not having been filed within the time prescribed by Rule 2 of this Court, the appeal must be dismissed. So ordered.

10,406.—PEOPLE *v.* CRAWFORD.
5,983.—KELLY *v.* MORGAN.
5,928.—SHAY *v.* LADY BRYAN MINING CO.
6,269.—WATERMAN ET AL. *v.* LIPMAN ET AL.
6,551.—COUNTY OF SAN LUIS OBISPO *v.* OAKS.

Judgment affirmed in the above cases, for default of appearance on the part of appellants.